**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
Fax:          (406) 657-6989
Email:       zeno.baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED

MAY 21 2026

Clerk, US District Court
District of Montana - Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 26- 29 -M- DLC |
| Plaintiff, | **INDICTMENT** |
| vs. | **FAILURE TO REGISTER AS A SEX OFFENDER** Title 18 U.S.C. § 2250(a) (Penalty: Ten years of imprisonment, $250,000 fine, and at least five years to lifetime supervised release) |
| **CHARLES THOMAS MIESMER,** | |
| Defendant. | |

THE GRAND JURY CHARGES:

That between in and around November 2025 and continuing until in and around May 2026, in Missoula, within Missoula County, in the State and District of Montana, and elsewhere, the defendant, CHARLES THOMAS MIESMER, a

1

person required to register under the Sex Offender Registration and Notification Act by reason of a conviction for a sex offense under Montana law, traveled in interstate commerce and knowingly failed to register and update his sex offender registration, in violation of 18 U.S.C. § 2250(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

TIMOTHY J. RACICOT
Acting United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2